# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEION HAGGERTY,<br><br>                Petitioner,<br><br>      v.<br><br>RALPH DIAZ, Warden,<br><br>                Respondent. | Case No. 12-2219 DMG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Court's Order filed concurrently herewith.

DATED: August 30, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE